E-FILED
Thursday, 29 September, 2005  01:40:18 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

v.

LORALI SEABOLT

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-2187

TO: (Name and address of defendant)

Lorali Seabolt
256 N. Church Street
Bonfield, IL 60913

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                9-29-05
CLERK                                            DATE

s/ M. Talbott

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.