UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2187 |
| LORALI SEABOLT, | ) |
| Defendant. | ) |

### NOTICE OF DEFENDANT'S FILING OF BANKRUPTCY

Pursuant to Central District of Illinois Local Rule 16.1, notice is hereby given of a Petition for Relief Under Chapter 7 of the Bankruptcy Code being filed by defendant, LORALI SEABOLT.  Said Petition was filed in the United States Bankruptcy Court for the Central District of Illinois, on October 16, 2005, as Case No. 05-95275.

DATED this 19th day of October 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of October 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lorali Seabolt
    256 N. Church Street
    P.O. Box 23
    Bonfield, IL 60913

    Lars Eric Ostling
    Attorney at Law
    201 W. Olive Street
    Bloomington, IL 61701

    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234072
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov