UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| Defendant. ) | |

### ORDER

The Court has been advised that Defendant, LORALI SEABOLT has filed for protection under Title 11 of the United States Code.

**ACCORDINGLY, IT IS ORDERED:**

1. The **Defendan**t shall file with this Court and serve on all parties within ten (10) days of the date of this order a Notice of Automatic Stay from the bankruptcy proceedings. Failure to file the Stay will result in this Court proceeding with the above-captioned case.

2. The parties are also ordered to appear before the Honorable Michael P. McCuskey, Courtroom A, 201 S. Vine Street, Urbana, Illinois, on **May 11, 2006,** at **1:15 p.m.,** to show good cause why this suit should not be dismissed due to the pending bankruptcy.

3. If the Title 11 proceedings are dismissed or if there is any change in the automatic stay affecting this case before the date set for the rule to show cause hearing, the parties are ordered to notify this Court and all parties in writing.

4. Failure to comply with this Order will result in appropriate sanctions pursuant to Rule 37.

ENTERED this 9th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE