

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA,

V.

LORALI SEABOLT

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2187

TO: (Name and address of Defendant)

Lorali Seabolt
565 Yates
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE 5/12/06

s/V. Ball
(BY) DEPUTY CLERK