**E-FILED**
Wednesday, 07 June, 2006  03:18:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2187 |
| | ) | |
| LORALI SEABOLT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL OF BANKRUPTCY

The United States of America, in compliance with Central District of Illinois Local Rule 16.1(D), hereby advises this Court that the United States Bankruptcy Court for the Central District of Illinois, entered an Order dismissing the debtor's Chapter 7 bankruptcy proceeding on March 28, 2006.

Therefore, the United States will now proceed with this foreclosure proceeding.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lorali Seabolt
256 N. Church Street
P.O. Box 23
Bonfield, IL 60913

Lars Eric Ostling
Attorney at Law
201 W. Olive Street
Bloomington, IL 61701

s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov