E-FILED
Wednesday, 02 August, 2006  10:03:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on August 24, 2005.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, LORALI SEABOLT was personally served by the U.S. Marshal's Service on June 7, 2006.  That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for her failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2.  The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3.  The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

    4.  As evidenced by the attached Affidavit of Abandonment, the subject property has been abandoned and the United States would requested a shortened redemption period based on this abandonment.

    WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

BY:    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of August 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Lorali Seabolt
      565 Yates Avenue
      Kankakee, IL 60901

      s/David H. Hoff_____
      DAVID H. HOFF, Bar No. 1234027
      Assistant United States Attorney
      Attorney for Plaintiff
      U.S. Attorney's Office
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Ph.: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov