UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION**

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd day of August 2006.

                                            s/David H. Hoff_____
                                            DAVID H. HOFF, Bar No. 1234027
                                            Assistant United States Attorney
                                            U.S. Attorney's Office
                                            201 S. Vine Street, Suite 226
                                            Urbana, Illinois 61802
                                            Ph.: 217/373-5875
                                            Fax: 217/373-5891
                                            david.hoff@usdoj.gov