**E-FILED**
Wednesday, 02 August, 2006  10:04:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LORALI SEABOLT, )<br>)<br>Defendant. ) | Case No. 05-2187 |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Lorali Seabolt, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at her last known address. To date, no response has been received.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd day of August 2006.

s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*

---

*Rodger A. Heaton*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

July 25, 2006

Ms. Lorali Seabolt
565 Yates
Kankakee, IL 60901

Re:   U.S. vs. Seabolt
      Case No. 05-2187

Dear Ms. Seabolt:

As you are aware, we are in the process of foreclosing on property at 256 N. Church Street, Bonfield, Illinois 60913.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk