IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  05-2187 |
| ) | |
| LORALI SEABOLT ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

AFFIDAVIT OF ABANDONMENT

W. Anthony Humble, being first duly sworn on oath deposes and states that:

1.   Deponent is employed by Rural Development, which is the agency involved in this case; has personal knowledge of the matters herein; and is authorized to make this Affidavit.

2.   Deponent states that he has inspected the property at 256 N. Church Street, Bonfield, Illinois 60913.  The property is described as follows:

> Tract 1:  A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows:  Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning.  From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less.

> Tract 2:  A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows:  Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point

to beknown as the point of beginning. From said point of beginning; thence continuing South 89 degeres 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acre, SUBJECT TO rights-of-way for roads, drainage and easements apparent or of record.

PIN No. 07-22-400-039

3. Deponent further states that the property will fall into disrepair and be subject to waste and vandalism unless it is secured and preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/12/06_____

_____W. Q. Hule_____
W. Anthony Humble, Rural Development Specialist