UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-2187 |
| LORALI SEABOLT, ) | |
| Defendant. ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 24th day of August 2006 at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 2nd day August 2006.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of August 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Lorali Seabolt
      565 Yates Avenue
      Kankakee, IL 60901

      s/David H. Hoff_____
      DAVID H. HOFF, Bar No. 1234027
      Assistant United States Attorney
      Attorney for Plaintiff
      U.S. Attorney's Office
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Ph.:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov