# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

        vs.                            Case Number:   **05-2187**

**LORALI SEABOLT,**
        **Defendant.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment is entered against defendant Lorali Seabolt. Case is terminated.

ENTER this 24th day of August, 2006.

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY: DEPUTY CLERK