E-FILED
Friday, 25 August, 2006   11:00:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2187 |
| LORALI SEABOLT, | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF DEFAULT ORDER**

You, LORALI SEABOLT, the above-named defendant, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 24th day of August 2006, United States District Judge Michael P. McCuskey entered an Order of Default against you. The title of this lawsuit is United States of America v. Lorali Seabolt. The Court No. is Civil No. 05-2187 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois. The date of entry of said Order of Default against you is: August 24, 2006. Notice of Right to Redeem: You may redeem the property within the time and in the manner provided by law. In this case, the United States has requested

that time for redemption be shortened because the property foreclosed upon in this proceeding is abandoned.

                                    Respectfully submitted,

                                    RODGER A. HEATON
                                  United States Attorney

BY:   s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of August 2006, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Lorali Seabolt
      565 Yates Avenue
      Kankakee, IL 60901

      s/David H. Hoff
      DAVID H. HOFF, Bar No. 1234027
      Assistant United States Attorney
      Attorney for Plaintiff
      U.S. Attorney's Office
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Ph.: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov