UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

<u>NOTICE OF MARSHAL'S SALE</u>

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1.  The name, address and telephone number of the person to contact for information regarding the real estate is:

> W. Anthony Humble
> Rural Development Manager
> USDA Service Center
> 685 Larry Power Road
> Bourbonnais, IL 60914
>
> Telephone No: 815-937-8940, Ext. 5

2.  The common address and other common description, if any, of the real estate is:

> 256 N. Church Street, Bondfield, Illinois

3.  The legal description of the real estate is:

Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows:

Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less.

Tract II: A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acre, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record.

Code Number 07-22-400-039

4. The real estate may be inspected prior to sale at the following times:

    (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

    10:00 A.M. November 21, 2006, inside the first floor, north end entrance of the Kankakee County Courthouse, Kankakee, Illinois.

      6.  The terms of the sale are:

>   10% of purchase price payable at time and place of sale by certified check.  Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale.  If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

      7.  Title will be conveyed subject to all general real estate taxes for the years 2006 to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.  Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

      8.  Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser.  Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

      DATED at Springfield, Illinois, this 25th day of September 2006.

                                        s/Steven D. Deatherage  
                                        STEVEN D. DEATHERAGE  
                                        UNITED STATES MARSHAL  
                                        CENTRAL DISTRICT OF ILLINOIS