## Newspaper Clipping

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBAN DIVISION

UNITED STATES OF AMERICA,
                          Plaintiff,
vs.
LORALI SEABOLT,
                          Defendants.

Case No. 05-2187

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described, or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

   W. Anthony Humble
   Rural Development Manager
   USDA Service Center
   685 Larry Power Road
   Bourbonnais, IL 60914

   Telephone No:
   815-937-9940, Ext. 5

2. The common address and other common description, if any, of the real estate is:
   256 N. Church Street, Bonfield, Illinois

3. The legal description of the real estate is:

   Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows:

   Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition, thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning, thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, thence South 00 degrees 04 minutes 01 second East a distance of 120.06 feet to an iron rod, thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street, thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less.

   Tract II: A part of Lot 23 of the Subdivision of Sections 22 and 27 Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition, thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning, thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.50 feet to an iron rod, thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe, thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod, thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acre, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record.

   Code Number 07-22-400-039

4. The real estate may be inspected prior to sale at the following times:
   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:
   10:00 A.M. November 21, 2006, inside the first floor, north end entrance of the Kankakee County Courthouse, Kankakee, Illinois.

6. The terms of the sale are:
   10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2006 to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31/45).

Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 25th day of September 2006.

/s/Steven D. Deatherage
STEVEN D. DEATHERAGE
United States Marshal
Central District of Illinois

---

# PUBLISHER'S CERTIFICATE

I, the undersigned, do hereby certify that I am an agent of the Kankakee Daily Journal Company, L.L.C., duly authorized to make this certificate on its behalf and I do further certify that the Kankakee Daily Journal Company, L.L.C. is a limited liability company organized under the laws of the State of Delaware and that said limited liability company has its offices and place of business in the City of Kankakee, Kankakee County, Illinois, and that it is the owner and publisher of The Daily Journal, printed, published, and distributed in and from the City of Kankakee in the State of Illinois, that the Daily Journal is a newspaper as hereinafter defined: which consists of not less than 4 pages of printed matter and contains at least 130 square inches of printed matter per page; and which is printed through the use of one of the conventional and generally recognized printing processes such as offset; and which annually averages at least 25 percent news content per issue; and which publishes miscellaneous reading matter, legal or other notices and announcements, and news and information concerning current happenings and passing events of political, social, religious, commercial, financial or legal nature, and advertisements or bulletins; and which has been continuously published at regular intervals of at least once each week with a minimum of 50 issues per years, for at least one year prior to the first publication of the notice certified to herein.

I do further certify that as such authorized agent of the said Kankakee Daily Journal Company, L.L.C. that the matter or notice, a true copy of which is hereto attached, relating to the matter of:

United States of America vs. Lorali Seabolt 05-2187

was published in said paper, during Four (4) days, to-wit:

Once on  October 23, 2006

Once on  October 30, 2006

Once on  November 6, 2006

Once on  November 13, 2006

Once on

GIVEN under my hand and the corporate seal of said Kankakee Daily Journal Company, L.L.C. this 14th day of November, A.D. 2006.

KANKAKEE DAILY JOURNAL COMPANY, L.L.C.
Publishers of The Daily Journal

By _Maria Sebastiani_ (SEAL)
Agent of the
KANKAKEE DAILY JOURNAL COMPANY, L.L.C.

Printer's Fees: $1110.00

Paid _____, 20____

By _____