UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

    I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on August 24, 2006, I, the undersigned, on the 21st day of November 2006, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Kankakee County, Kankakee, Illinois, the lands and premises described in said Decree and that MICHAEL SOUCIE AND DAVID SOUCIE, having bid therefore the sum of ONE HUNDRED TWENTY-ONE THOUSAND DOLLARS ($121,000.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Kankakee, Illinois, and described as follows, to-wit:

    Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning.  From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less.

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2006 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 27th day of February 2007.

s/Steven D. Deatherage
STEVEN D. DEATHERAGE
CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF PEORIA     )

## ACKNOWLEDGMENT

On this 27th day of February 2007, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

JOHN M. WATERS
Clerk of the U.S. District Court


s/H. Kallister
Deputy Clerk

This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.

Send Tax Statement to Michael Soucie and David Soucie, 4289 N. 10000 W. Road, Bonfield, IL 60913