**E-FILED**
Thursday, 29 March, 2007  02:34:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2187 |
| | ) | |
| LORALI SEABOLT, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 18th day of April 2007, at 2:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

DATED this 29th day March 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


BY:     s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 29th day of March 2007, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

       Lorali Seabolt
       565 Yates Avenue
       Kankakee, IL 60901

       Michael Soucie
       David Soucie
       4289 N. 10000 W. Road
       Bonfield, IL 60913

       s/David H. Hoff_____
       DAVID H. HOFF, Bar No. 1234027
       Assistant United States Attorney
       Attorney for Plaintiff
       U.S. Attorney's Office
       201 S. Vine Street, Suite 226
       Urbana, Illinois 61802
       Ph.:  217/373-5875
       Fax: 217/373-5891
       david.hoff@usdoj.gov