E-FILED
Monday, 16 July, 2007   04:24:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2187 |
| LORALI SEABOLT, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO MODIFY THE ORDER APPROVING
THE UNITED STATES' MARSHAL'S REPORT OF SALE AND ADOPT
THE FINDINGS OF THE BANKRUPTCY COURT**

The United States of America, on behalf of Rural Development, pursuant to Fed. R. Civ. P. 60(b) moves this Court to modify the order approving the United States' Marshal's Report of Sale and adopt the findings and holdings of the Bankruptcy Court for the Central District of Illinois in the order attached hereto and incorporated herein as a substantive part of this motion.

In support of this motion, the United States represents that:

1. The Order Approving The Report of Sale entered in this case stated that the defendant, Loralie Seabolt, was willing to sell the 0.12 acres of unencumbered real estate for $950 to be paid by the United States from the secured mortgage proceeds in this case.

2. After this order was entered, the United States was informed by the defendant that she was not willing to sell this property in this manner.

3. The United States subsequently discovered that the defendant had conveyed this 0.12 acres to a third party who subsequently conveyed this tract to an adjoining landowner. Because this new evidence totally changes the relief requested in the Report of Sale and approved by this Court, this Court has continuing subject matter jurisdiction to grant the relief requested in this motion.

4. For these reasons, the United States asks this Court to modify the order approving the United States' Marshal's Report of Sale by deleting all reference to the sale of the 0.12 acres of real estate by Loralie Seabolt to Michael Soucie and David Soucie, and by making the following additional findings and enter an order approving this motion, with said findings and granted relief to include the following:

A. The foreclosed real estate more particularly described as

> Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less,

was sold to MICHAEL SOUCIE and DAVID SOUCIE for the sum of ONE HUNDRED TWENTY-ONE THOUSAND DOLLARS ($121,000.00) and the sale of same is hereby approved with the express finding and order that said real estate has been sold by this Court free and clear of any and all easements, prescriptive rights and licenses allowing for access through this real estate to obtain access to 0.12 acres of adjoining real estate previously owned by the defendant, Loralie Seabolt, who transferred the following described adjoining real estate, to wit:

> Tract II: A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron

> pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acres, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record, and being part of parcel real estate index no. 07-22-400-039

to Scott Salzman who subsequently transferred said 0.12 acres of real estate on July 12, 2007, to an owner of real estate adjoining this 0.12 acres of real estate, to wit, Teresa Hertz, of 280 North Church Street, Bonfield, Illinois 60913.

B. The transfer of this above-described 0.12 acres of real estate by the defendant Lorali Seabolt to Scott Salzman, and the transfer of said real estate from Scott Salzman to Teresa Hertz, of 280 North Church Street, Bonfield, Illinois 60913, who owns real estate adjoining this 0.12 acres of real estate is approved by this Court, and will be affected by this order declaring that no prior, current or future owners of this above-described 0.12 acres of real estate in Kankakee County, Illinois have any prescriptive, adverse or any other types of easements, licenses or any other rights of access to this 0.12 acres of real estate that burdens or involves in any way the mortgaged real estate that was sold to MICHAEL SOUCIE and DAVID SOUCIE for the sum of ONE HUNDRED TWENTY-ONE THOUSAND DOLLARS ($121,000.00), in this foreclosure case, that is more particularly described as follows:

> A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less, in Kankakee County, Illinois.

For these reasons, the United States of America requests that this Court grant this Motion modifying the Order Approving the Marshal's Sale of this mortgaged real estate by eliminating all reference to a sale of the above-described 0.12 acres from Loralie Seabolt to Michael Soucie and David Soucie, and by further finding that the 0.96 acres of mortgaged real estate sold to Michael Soucie and David Soucie in this case are not burdened in any manner by anyone seeking access to the above described 0.12 acres of real estate, and finally that no third parties have any rights across said 0.96 acres of real estate to obtain access to the said 0.12 acres of real estate now owned by Teresa Hertz.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lars Eric Ostling
Attorney at Law
201 W. Olive Street
Bloomington, IL 61701

Glen R. Barmann
Trustee in Bankruptcy
200 E. Court St #602
Kankakee, IL 60901

U.S. Trustee
401 Main St #1100
Peoria, IL 61602

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lorali Seabolt
565 South Yates Avenue
Kankakee, IL 60901

Scott A. Salzman
565 South Yates Avenue
Kankakee, IL 60901

John P. Ridge
Attorney at Law
777 North Kennedy Drive
Kankakee, IL 60901

Mr. Michael Soucie
4289 North 1000 West Road
Bonfield, IL 60913

Mr. David Soucie
c/o Mr. Michael Soucie
4289 North 1000 West Road
Bonfield, IL 60913

Ms. Teresa Hertz
280 North Church Street
Bonfield, IL 60913

                                          s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov