E-FILED
Monday, 16 July, 2007   04:24:54 PM
Clerk, U.S. District Court, ILCD

**IT IS SO ORDERED.**

**SIGNED THIS: July 12, 2007**

                                              **GERALD D. FINES**
                                       **UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LORALI SEABOLT, | ) | Case No. 05-95275 |
| | ) | Terminated March 28, 2006 |
| Debtor. | ) | Chapter 7 No Asset Case |

**ORDER REOPENING BANKRUPTCY ESTATE AND GRANTING THE
UNITED STATES' MOTION FOR APPROVAL OF PRIOR TRANSFER
OF DEBTOR'S UNENCUMBERED REAL ESTATE**

This matter having come to be heard with proper notice of hearing upon the United States' motion to reopen this bankruptcy estate for the purposes described in said motion and then modified by the United States' subsequent motion seeking judicial approval of the debtor's prior transfer of her unencumbered real estate described in said motions, and this Court after having been fully advised in the premises hereby orders adjudges and decrees that:

    1. This bankruptcy estate is reopened for the limited purpose of resolving the debtor's transfer of her unencumbered real estate more particularly described as:

Tract II: A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acres, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record, and being part of parcel real estate index no. 07-22-400-039.

2. This above-described real estate is hereby abandoned, the automatic stay is lifted and the following-described transfer of said real estate from the debtor is hereby approved by this Court, with the understanding that a similar petition will be filed by the United States of America with the United States District Court for the Central District of Illinois modifying the prior order approving the sale of the mortgaged real estate adjoining the above described tract in *United States of America, Plaintiff vs. Lorali Seabolt,* Case No. 05-2187.

3. The transfer of this above-described 0.12 acres of real estate by the debtor to Scott Salzman, and the transfer of said real estate from Scott Salzman to Teresa Hertz, of 280 North Church Street, Bonfield, Illinois 60913, who owns real estate adjoining this 0.12 acres of real estate is approved by this Court with the express finding and order that no prior, current or future owner of this above-described 0.12 acres of real estate in Kankakee County, Illinois have any prescriptive, adverse or any other types of

easements, licenses or any other rights of access to this 0.12 acres of real estate that burdens or involves in any way the mortgaged real estate that was the subject of the foreclosure hearing in *United States of America, Plaintiff vs. Lorali Seabolt*, Case No. 05-2187, in the United States District Court for the Central District of Illinois, that is more particularly described as follows:

> A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less, in Kankakee County, Illinois.
>
> There is no reason to delay enforcement of or appeal from entry of this Order.

###