UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-2187 |
| LORALI SEABOLT, ) | |
| Defendant. ) | |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 4th day of September 2007, at 1:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on the United States' Motion to Modify the Order Approving the United States' Marshal's Report of Sale and Adopt the Findings of the Bankruptcy Court, a copy of which was previously served upon you, and you may be present at said time if you so desire.

    DATED this 21st day August 2007.

                                                        Respectfully submitted,

                                                        RODGER A. HEATON
                                                        UNITED STATES ATTORNEY

                      BY:    s/David H. Hoff
                                DAVID H. HOFF, Bar No. 1234027
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                U.S. Attorney's Office
                                201 S. Vine Street, Suite 226
                                Urbana, Illinois 61802
                                Ph.: 217/373-5875
                                Fax: 217/373-5891
                                david.hoff@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of August 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lars Eric Ostling
Attorney at Law
201 W. Olive Street
Bloomington, IL 61701

Lorali Seabolt
565 South Yates Avenue
Kankakee, IL 60901

Scott A. Salzman
565 South Yates Avenue
Kankakee, IL 60901

John P. Ridge
Attorney at Law
777 North Kennedy Drive
Kankakee, IL 60901

Mr. Michael Soucie
4289 North 1000 West Road
Bonfield, IL 60913

Mr. David Soucie
c/o Mr. Michael Soucie
4289 North 1000 West Road
Bonfield, IL 60913

Glen R. Barmann
Trustee in Bankruptcy
200 E. Court St #602
Kankakee, IL 60901

U.S. Trustee
401 Main St #1100
Peoria, IL 61602

Ms. Teresa Hertz
280 North Church Street
Bonfield, IL 60913

                                                     s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
Attorney for Plaintiff
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov