UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

**ORDER MODIFYING THE ORDER APPROVING THE UNITED
STATES' MARSHAL'S REPORT OF SALE AND ADOPTING THE
FINDINGS OF THE BANKRUPTCY COURT**

This matter having come to be heard in open court with proper notice of hearing this 4th day of September 2007, upon the motion of the United States to modify this Court's previous order approving the report of sale and to adopt the findings of the bankruptcy court in the defendant's bankruptcy case referenced in said motion, and this Court, after having been fully advised in the premises, and after finding that no one has objected to said motion, hereby grants said motion in its entirety and incorporates paragraphs 1 through 4 and the subparts thereof as the findings of this Court in support of this Order.

Therefore, in compliance with Federal Rule of Civil Procedure 60(b), it is hereby ordered, adjudged and decreed that:

1. The findings and holdings of the Bankruptcy Court for the Central District of Illinois in the order attached to the United States' motion and incorporated substantively herein as part of this order are hereby adopted by this Court.

2. The order approving the United States' Marshal's Report of Sale that was entered by this Court in this cause on April 18, 2007, is hereby substantively amended by this Order hereby deleting all reference to the sale of the 0.12 acres of real estate by Lorali Seabolt to Michael Soucie and David Soucie, and instead it is hereby specifically ordered that:

> A. The foreclosed real estate more particularly described as:
>
>> Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less,
>
> sold to MICHAEL SOUCIE and DAVID SOUCIE for the sum of ONE HUNDRED TWENTY-ONE THOUSAND DOLLARS ($121,000.00) is hereby approved with said real estate being sold free and clear of any and all easements, prescriptive rights and licenses allowing for access through this real estate to obtain access to 0.12 acres of adjoining real estate previously owned by the defendant, Lorali Seabolt, who transferred the following described adjoining real estate, to wit:
>
>> Tract II: A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acres, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record, and being part of parcel real estate index no. 07-22-400-039
>
> to Scott Salzman who subsequently transferred said 0.12 acres of real estate on July 12, 2007, to an owner of real estate adjoining this 0.12 acres of real estate, to wit, Teresa Hertz, of 280 North Church Street, Bonfield, Illinois 60913.

B. The transfer of this above-described 0.12 acres of real estate by the defendant Lorali Seabolt to Scott Salzman, and the transfer of said real estate from Scott Salzman to Teresa Hertz, of 280 North Church Street, Bonfield, Illinois 60913, who owns real estate adjoining this 0.12 acres of real estate is approved by this Court, and as a result of this Order no prior, current or future owners of this above-described 0.12 acres of real estate in Kankakee County, Illinois have any prescriptive, adverse or any other types of easements, licenses or any other rights of access to this 0.12 acres of real estate that burdens or involves in any way the mortgaged real estate that was sold to MICHAEL SOUCIE and DAVID SOUCIE for the sum of ONE HUNDRED TWENTY-ONE THOUSAND DOLLARS ($121,000.00), in this foreclosure case, that is more particularly described as follows:

> A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning. From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less, in Kankakee County, Illinois.

The Order Approving the Marshal's Sale of this mortgaged real estate is hereby modified by this Order eliminating all reference to a sale of the above-described 0.12 acres from Lorali Seabolt to Michael Soucie and David Soucie, and by further finding that the 0.96 acres of mortgaged real estate sold to Michael Soucie and David Soucie in this case are not burdened in any manner by anyone seeking access to the above described 0.12 acres of real estate, and finally that no third parties have any rights

across said 0.96 acres of real estate to obtain access to the said 0.12 acres of real estate now owned by Teresa Hertz.

There is no reason to delay either enforcement of or appeal from entry of this Order.

ENTERED this 4th day of September, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE