E-FILED
Monday, 10 September, 2007  03:14:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2187 |
| ) | |
| LORALI SEABOLT, ) | |
| ) | |
| Defendant. ) | |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 24, 2005, and recorded in the Recorder's Office in Kankakee County, Illinois, on August 24, 2005, as Document No. 200518898, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on August 24, 2005, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: LORALI SEABOLT

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Tract I: A part of Lot 23 of the Subdivision of Sections 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian, in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minuts 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod, said point to be known as the point of beginning.  From said point of beginning; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod; thence South 00 degrees 04 minutes 01 second East a distance of 120.08 feet to an iron rod; thence North 89 degrees 45 minutes 10 seconds West a distance of 350.00 feet to an iron pipe on the East line of Church Street; thence North 00 degrees 04 minutes 01 second West a distance of 120.02 feet to the point of beginning, containing 0.96 acres, more or less.

Tract II: A part of Lot 23 of the Subdivision of Section 22 and 27, Township 31 North, Range 10 East of the Third Principal Meridian in the Village of Bonfield, Kankakee County, Illinois, described as follows: Commencing at the Southwest corner of Lot 14 in Snyder-Wenzelman Subdivision First Addition; thence South 00 degrees 04 minutes 01 second East along the East line of Church Street a distance of 120.03 feet to an iron rod; thence South 89 degrees 45 minutes 41 seconds East a distance of 350.00 feet to an iron rod, said point to be known as the point of beginning.  From said point of beginning; thence continuing South 89 degrees 45 minutes 41 seconds East a distance of 41.58 feet to an iron rod; thence South 00 degrees 08 minutes 06 seconds West a distance of 120.08 feet to an iron pipe; thence North 89 degrees 45 minutes 10 seconds West a distance of 41.15 feet to an iron rod; thence North 00 degrees 04 minutes 01 second West a distance of 120.08 feet to the point of beginning, containing 0.12 acre, SUBJECT to rights-of-way for roads, drainage and easements apparent or of record.

Code Number 07-22-400-039

(v)  A common address or description of the location of the real estate is as follows:

      256 N. Church Street, Bonfield, Illinois 60913

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

|   |   |
|---|---|
| Name of Mortgagor: | LORALI SEABOLT |
| Name of mortgagee: | United States of America,United States Department of Agriculture |
| Date of mortgage: | January 21, 1994 |
| Date of recording: | January 21, 1994 |
| County where recorded: | Kankakee County, Illinois |
| Recording document identification: | as Doc. No. 94-01221 |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff,  Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.